UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CHOP & PUB, INC.,<br><br>        Defendant. | Case No. 21-cv-04845-SVK<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 17 |

On February 17, 2022, Plaintiff filed a joint status report advising that the Parties were "working together to schedule the Joint Site Inspection[.]" Dkt. 17. There having been no further activity in the case since that joint status report, Plaintiff is ORDERED TO SHOW CAUSE in writing, on or before **July 19, 2022**, why the case should not be dismissed for failure to prosecute. The Parties are ordered to appear for a hearing on this order on **July 26, 2022 at 11:00 a.m.**

**SO ORDERED.**

Dated: July 11, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge